UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SG BLOCKS, INC.,

          Plaintiff,

v.

OSANG HEALTHCARE COMPANY, LTD.,

          Defendants

No. 1:21-cv-01990-WFK-SJB

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff SG Blocks, Inc. and Defendant Osang Healthcare Company, LTD. hereby stipulate to the dismissal with prejudice of all claims asserted by SG Blocks, Inc. Each party shall bear its own costs and attorneys' fees.

**Dated: May 23, 2023**

**SG BLOCKS, INC.**

_/s/ Steven Soulios_
Steven Soulios
RUTA SOULIOS & STRATIS LLP
401 Park Avenue South, 10th Floor
New York, NY 10016
(212) 997-4500
ssoulios@lawnynj.com

**OSANG HEALTHCARE COMPANY, LTD.**

_/s/ Heather L. Maly_
Heather L. Maly
ICE MILLER LLP
200 West Madison, Suite 3500
Chicago, Illinois 60606
(312) 726-1567
heather.maly@icemiller.com